**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**REGINA HIGGINS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-1093-Orl-31KRS**

**YOLENA TOLICHENKO,**

        **Defendant.**
_____

## ORDER

This cause comes before the Court on the Plaintiff's Complaint (Doc. No. 1) and the Application to Proceed *In Forma Pauperis* (Doc. No. 2) filed June 26, 2007.

On July 5, 2007, the United States Magistrate Judge issued a report (Doc. No. 5) recommending that the Complaint be dismissed without prejudice with leave to amend, and that the Application to *Proceed In Forma Pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The Complaint is **DISMISSED** without prejudice and the Plaintiff will have eleven days from the date of this order to file an Amended Complaint consistent with the Report and Recommendation setting forth a cause of action that states the basis of this Court's jurisdiction.

    2.    That the Application to Proceed *In Forma Pauperis* is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 25th day of July, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE