# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**REGINA HIGGINS,**

        **Plaintiff,**

**-vs-**                                                                 **Case No. 6:07-cv-1093-Orl-31KRS**

**ORANGE COUNTY CORRECTIONS,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on the Plaintiff's Second Application for Leave to Proceed *In Forma Pauperis* (Doc. No. 8) filed August 20, 2007.

On October 12, 2007, the United States Magistrate Judge issued a report (Doc. No. 9) recommending that the Amended Complaint be dismissed without prejudice with leave to amend, and that the Second Application to Proceed *In Forma Pauperis* be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Amended Complaint is **DISMISSED** without prejudice and the Plaintiff will have eleven days from the date of this order to file a Second Amended Complaint consistent with the Report and Recommendation setting forth a viable cause of action and the basis of this Court's jurisdiction.

3. The Second Application for Leave to Proceed *In Forma Pauperis* is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 1st day of November, 2007.

Copies furnished to:
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE